**KING & SPALDING**

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Tel: +1 404-572-4600
Fax: +1 404-572-5100
www.kslaw.com

November 19, 2025

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*[Handwritten: Time to respond to the complaint stayed until 30 days after JPML ruling in MDL No. 3164. So ordered. Jr. G/Koeld U.S.D.-. 11/20/25]*

Re:    *Allison et al. v. Air France*, Case No. 1:25-cv-07634 (S.D.N.Y.)

Dear Honorable Judge Koeltl:

We represent Defendant Société Air France Company d/b/a Air France ("Air France") and write on behalf of Air France and Plaintiffs Ethan Allison and Arya Soofiani, who join this letter-motion. Pursuant to Local Rule 7.1 and Individual Practices Provision I.C., Air France and Plaintiffs (collectively, the "Parties") respectfully request that the Court grant a short stay of Air France's deadline to file its response to Plaintiffs' Complaint to allow the United States Judicial Panel for Multidistrict Litigation ("JPML") to rule on a pending motion for MDL consolidation that may affect this case.

Specifically, this case is subject to a pending motion for transfer and centralization under 28 U.S.C. § 1407 (the "Motion") that seeks consolidation of all related actions arising out of a data security incident involving Salesforce and certain of its customers, including Air France. *See* Ex. A - *In Re: Salesforce, Inc. Data Sec. Breach Litig.*, MDL No. 3164, ECF No. 1. The JPML will hear oral argument on the Motion on December 4, 2025. Resolution of the Motion could result in this case being transferred to another district court for pretrial proceedings. Accordingly, to conserve judicial resources and avoid potentially duplicative pretrial proceedings, the Parties request that the Court stay the deadline for Air France to file its responsive pleading until 30 days after the JPML rules on the pending Motion. *See Royal Park Invs. SA/NV v. Bank of Am. Corp.*, 941 F. Supp. 2d 367, 369 (S.D.N.Y. 2013) (explaining that courts in the Second Circuit "routinely grant[ ] motions to stay pending JPML action").

The original deadline set for Air France's responsive pleading is November 28, 2025. There have been no previous requests for adjournment or extension, and the Court has not granted or denied any. Plaintiffs consent to the requested stay of Air France's deadline.

We appreciate the Court's attention to this matter.

November 19, 2025
Page 2

Respectfully,

*/s/ Robert D. Griest*
Robert D. Griest

cc: All Counsel of Record (via ECF)